TRUCK & TRAILER SALES, INC. v.
    PETERBILT OF KNOXVILLE, INC.

No. 74P00

Case below: 136 N.C.App. 234

Petition by defendant (Peterbilt of Knoxville, Inc.) for discretionary review pursuant to G.S. 7A-31 denied 4 May 2000. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 May 2000.

TYSINGER v. BILLINGS FREIGHT SYS.

No. 11P00

Case below: 135 N.C.App. 792

Petition by appellant (Wallace and Graham, P.A.) for discretionary review pursuant to G.S. 7A-31 denied 4 May 2000.

WELLS v. CONSOLIDATED JUD'L RET. SYS. OF N.C.

No. 156A00

Case below: 136 N.C.App. 671

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 4 May 2000. Motion by defendant to dismiss plaintiff's petition for discretionary review denied 4 May 2000.

WHITING v. PRICE

No. 8P00

Case below: 136 N.C.App. 234

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 4 May 2000. Petition by plaintiffs for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 4 May 2000.